| | |
|---|---|
| 1 | WILLIAM H. COLLIER, JR., CASB No. 97491 |
| 2 | william.collier@kyl.com |
|   | STEFAN PEROVICH, CASB No. 245580 |
| 3 | stefan.perovich@kyl.com |
|   | KEESAL, YOUNG & LOGAN |
| 4 | A Professional Corporation |
|   | 400 Oceangate, P.O. Box 1730 |
| 5 | Long Beach, California 90801-1730 |
|   | Telephone:   (562) 436-2000 |
| 6 | Facsimile:    (562) 436-7416 |
| 7 | |
|   | Attorneys for Third-Party Defendants |
| 8 | PACIFIC INTERNATIONAL LINES (PTE) LTD. |
|   | and WAN HAI LINES LTD. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO INC., a California corporation, | Case No. CV08-02083 DSF (Ex) |
| Plaintiff, | **THIRD-PARTY DEFENDANTS PACIFIC INTERNATIONAL LINES (PTE) LTD. AND WAN HAI LINES LTD. NOTICE OF MOTION AND MOTION TO DISMISS THIRD-PARTY COMPLAINT FOR IMPROPER VENUE PURSUANT TO FRCP 12(b)(3)** |
| vs. | |
| FORMOSA CONTAINER LINE, INC., a California corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |
| FORMOSA CONTAINER LINE, INC., a California corporation, | Date:    September 8, 2008 |
| | Time:    1:30 p.m. |
| Third-Party Plaintiff, | Place:   Dept. 840 |
| vs. | |
| PACIFIC INTERNATIONAL LINES (PTE) LTD., a foreign corporation, and WAN HAI LINES LTD., a foreign corporation, | |
| Third-Party Defendants. | |

///

1  TO EACH PARTY AND TO COUNSEL OF RECORD FOR EACH PARTY:

2    YOU ARE HEREBY NOTIFIED THAT that on September 8, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 840 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, the Honorable Dale S. Fischer presiding, Third-Party Defendants PACIFIC INTERNATIONAL LINES (PTE) LTD. ("PIL"), and WAN HAI LINES LTD. ("Wan Hai"), (collectively the "Third-Party Defendants") will appear specially and move this Court for an order dismissing the Third-Party Complaint of Third-Party Plaintiff FORMOSA CONTAINER LINE, INC., ("Formosa" or "Third-Party Plaintiff") on the grounds that venue is not proper before this Court pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and the terms of the forum-selection clause contained in the Bill of Lading at issue in the Third-Party Complaint.

  This motion will be based upon this notice, the attached points and authorities, the Declaration of Meixian Wang, the files and records in this action and any further evidence and argument that the Court may receive at or before the hearing.

  The parties made a good faith effort through telephone conferences to resolve the dispute pursuant to Local Rule 7-3 and have been unable to do so.

DATED: August 4, 2008

            _____
            WILLIAM H. COLLIER, JR.
            STEFAN PEROVICH
            KEESAL, YOUNG & LOGAN
            Attorneys for Third-Party Defendants
            PACIFIC INTERNATIONAL LINES (PTE) LTD. and WAN HAI LINES LTD.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On August 4, 2008, I served the foregoing document described as **THIRD PARTY DEFENDANTS PACIFIC INTERNATIONAL LINES (PTE) LTD. AND WAN HAI LINES LTD. NOTICE OF MOTION AND MOTION TO DISMISS THIRD-PARTY COMPLAINT FOR IMPROPER VENUE PURSUANT TO FRCP 12(b)(3)**

Arthur A. Leonard
Forgie & Leonard LLP
233 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
(310) 319-9125

Susan Kohn Ross
Mitchell Silberberg & Knupp LLP
11377 West Olympic Blvd.
Los Angeles, CA 90067
(310) 342-6505

☒   BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on August 4, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Elaine Vincello*
ELAINE VINCELLO